

# FAHY CHOI LLC.
### Attorneys at Law

Meadows Office Complex
301 Route 17 North, 9th Floor
Rutherford, New Jersey 07070

Telephone (201) 438-0200
Facsimile (201) 623-5888
www.FahyChoi.com



CHAMBERS OF
JUDGE ROBERT P. PATTERSON

New York Office:

303 Fifth Avenue, Suite 806
New York, NY 10016
Telephone (646) 957-6634
Facsimile (646) 417-7799

Reply to:
[X] Rutherford, NJ
[ ] New York, NY

**"PLEASE NOTE OUR NEW ADDRESS ABOVE"**

January 7, 2008

**Via Facsimile (212) 805-7917**
Hon. Robert P. Patterson
Senior United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2550
Courtroom: 24A
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/08

Attn: Kathleen Howley

Re:   US v. Steven Smith
      Docket No. 07-CR889-03 (RPP)

**MEMO ENDORSED**

Dear Judge Patterson:

Steven Smith is scheduled to be sentenced by you on January 9, 2008. I am requesting that this be rescheduled for 3:00 p.m. on January 16, 2008. I have a scheduling conflict and I want enough time to properly prepare for the sentencing.

I have notified A.U.S.A. Benjamin Gruenstein of this request.

Respectfully,

JOHN J. FAHY
JJF/imm

cc: AUSA Benjamin Gruenstein (via facsimile 212-637-0097)

*[handwritten endorsement]* Application granted. So ordered. Robert P. Patterson, USDJ 1/6/08