UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                   ECF CASE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

                -v-                 :   **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

PHIL ENDELLICATE,                   :
   a/k/a "Philly,"                      07 Cr. 889 (RPP)
PAUL BARONE,                        :
   a/k/a "Uncle Paulie,"
   a/k/a "U.P.,"                    :
   a/k/a "Fatso,"
STEVEN SMITH,                       :
   a/k/a "SS,"
   a/k/a "Double S,"                :
   a/k/a "Smitty,"
MARIE FIDONE,                       :
   a/k/a "Marie Delnodal,"
ALBERT ALFONSO,                     :
   a/k/a "Cooch,"
JOSEPH RULLI,                       :
   a/k/a "Joe,"
   a/k/a "Jock,"                    :
ERNEST DEANGELIS,
   a/k/a "Ernie,"                   :
JOHN LAFORTE,
   a/k/a "Hammer,"                  :
   a/k/a "S.I.," and
ALLAN HANDLER,                      :

         Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

By:    //s//_____
        David B. Massey
        Assistant United States Attorney
        (212) 637-2283
        david.massey@usdoj.gov

TO:    All Counsel (By ECF)