

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 6, 2008

<u>By Hand</u>

The Honorable Robert P. Patterson
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

Re: *United States v. Steven Smith*, 07 Cr. 889 (RPP)

Dear Judge Patterson:

    This defendant is scheduled to be sentenced on June 11, 2008. The Government respectfully requests an adjournment of the sentencing until June 23, 2008, at 4:00 p.m., because of a personal commitment during the week of June 11. The defense consents to this request.

                           Respectfully submitted,

                           MICHAEL J. GARCIA
                         United States Attorney

        By: _____
             David B. Massey
             Assistant United States Attorney
             (212) 637-2283

cc:  John Fahy, Esq.
       Fax: 201 623 5888

*Application granted.*
*So ordered.*
*RPP [signature]*
*USDJ*
*6/9/08*